# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**MICHAEL BROCK**                                                               **PLAINTIFF**

V.                    **CASE NO.: 3:10CV00156 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                         **DEFENDANT**

## JUDGMENT

Plaintiff Michael Brock's appeal is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 31st day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE