# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL BROCK**                                                                              **PLAINTIFF**

**V.**                              **CASE NO.: 3:10CV00156 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## ORDER

Under the mandate in *Brock v. Astrue*, __ F.3d __ (8th Cir. 2012) (docket entry #23), this case is hereby remanded to the Commissioner for action consistent with the opinion of the Court of Appeals for the Eighth Circuit

IT IS SO ORDERED this 22nd day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE