**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MICHAEL BROCK**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO.: 3:10CV00156 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

Plaintiff Michael Brock has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #26). In his motion, Mr. Brock requests fees and expenses in the amount of $1,318.37. The Commissioner does not object to the amount requested (#27). Accordingly, Mr. Brock's motion (#26) is GRANTED, and he is awarded $1,318.17 in fees and expenses.

Under the Treasury Department's Offset Program ("TOP"), attorney's fee awards are subject to administrative offset if the plaintiff has outstanding federal debts. The Commissioner should contact the Treasury Department to determine whether Mr. Brock owes any debt, as of the date of this Order. If Mr. Brock owes a debt covered by the TOP, the Commissioner must pay the EAJA award directly to him, after deducting any amount owed under the TOP. If Mr. Brock does not owe a debt covered by the TOP, however, the Commissioner is ordered to make the EAJA award check payable directly to Mr. Brock's attorney, Anthony W. Bartels, and mail it to Mr. Bartels.

DATED this 6th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE